UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT G. YAHNE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERCIA;<br>DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE;<br>DEPUTY ASSISTANT ATTORNEY<br>GENERAL D/B/A DAVAD A. HUBERT;<br>and CALIFORNIA FRANCHISE TAX<br>BOARD,<br><br>Defendants. | No.  2:24-cv-2813 DJC AC PS<br><br><br><u>FINDINGS AND RECOMMENDATIONS</u> |

On October 15, 2025, plaintiff filed this action in pro se and paid the filing fee.  ECF No. 1.  The case was accordingly referred to the undersigned pursuant to Local Rule 302(c)(21).  The undersigned has reviewed the complaint and, believing that this court lacks subject matter jurisdiction to hear plaintiff's case, issued an Order to Show Cause requiring that plaintiff respond and demonstrate that federal jurisdiction exists.  ECF No. 5.  Plaintiff was cautioned that failure to respond would result in a recommendation that this case be dismissed.  <u>Id.</u> at 4.  Plaintiff did not respond, and the undersigned therefore finds that this case should be dismissed for lack of jurisdiction and for failure to prosecute.

Accordingly, it is RECOMMENDED that this case be dismissed for lack of subject matter jurisdiction (see ECF No. 5) and for failure to prosecute, and that this case be closed.

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within twenty-one days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Id.; see also Local Rule 304(b).  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998); Martinez v. Ylst, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

DATED: November 12, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE