1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SCOTT GENE YAHNE,                        No.  2:24-cv-2813 DJC AC (PS)

12                Plaintiff,

13        v.                                  ORDER

14   UNITED STATES OF AMERICA
     DEPARTMENT OF TREASURY
15   INTERNAL REVENUE SERVICE;
     DEPUTY ASSISTANT ATTORNEY
16   GENERAL D/B/A DAVID A. HUBERT;
     and CALIFORNIA FRANCHISE TAX
17   BOARD,

18                Defendants.

19

20        Plaintiff is proceeding in this action in pro per.  The matter was referred to a

21   United States Magistrate Judge pursuant to Local Rule 302(c)(21).

22        On November 13, 2024, the Magistrate Judge filed findings and

23   recommendations herein which were served on all parties and which contained notice

24   to all parties that any objections to the findings and recommendations were to be filed

25   within twenty one days.  ECF No. 9.  Plaintiff has filed objections to the findings and

26   recommendations.  ECF No. 10

27        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

28   304, this Court has conducted a de novo  review of this case.  Having carefully

                                        1

1  reviewed the entire file, the Court finds the findings and recommendations to be

2  supported by the record and by proper analysis.

3          Accordingly, IT IS HEREBY ORDERED that:

4          1.  The findings and recommendations filed November 13, 2024 are adopted in

5  full;

6          2.  This case is dismissed for lack of subject matter jurisdiction (see ECF No. 5)

7  and for failure to prosecute; and

8          3.  The Clerk of the Court is directed to close this case.

9

10         IT IS SO ORDERED.

11  Dated:   **February 21, 2025**

12                                                  Hon. Daniel J. Calabretta
                                                    UNITED STATES DISTRICT JUDGE

2